## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD BARGER, | ) |
| Plaintiff | ) ) ) |
| v. | ) Case No.: 3:14-cv-1603-MMA-DHB ) |
| MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPTIAL GROUP, INC., | ) ) ) ) |
| Defendants | ) ) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: October 16, 2014

BY: */s/ Amy L. Bennecoff*
Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: abennecoff@creditlaw.com
Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 16th day of October, 2014, a true and correct copy of the foregoing pleading served by Notice of Electronic Filinig to the below:

Thomas F. Landers, Esq.
SOLOMON, WARD, SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, CA 92101
Email: tlanders@swsslaw.com

*/s/ Amy L. Bennecoff*
Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (215) 540-8817
Email: abennecoff@creditlaw.com
Attorney for Plaintiff